**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LAWRENCE BARRA, | No. 1:23-cv-01746 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| TULARE COUNTY SHERIFF'S DEPARTMENT, | (Doc. 16) |
| Defendant. | |

Plaintiff Anthony Lawrence Barra is a former county jail inmate and current state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 4, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations that this action proceed on Plaintiff's second amended complaint against Defendant May for denying Plaintiff's request for a Satanic bible and against Defendant West for ripping and destroying Plaintiff's homemade altar or shrine in violation of the Free Exercise Clause of the First Amendment. (Doc. 16.) The magistrate judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due in 14 days, and warned him that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler,* 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed

1

objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on March 4, 2026, (Doc. 16), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's second amended complaint, filed February 27, 2026, (Doc. 13), only against Defendant May for denying Plaintiff's request for a Satanic Bible and against Defendant West for ripping and destroying Plaintiff's homemade altar or shrine in violation of the Free Exercise Clause of the First Amendment.

3. All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

_____
UNITED STATES DISTRICT JUDGE