UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA, | Case No.  1:23-cv-01746-JLT-FJS (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| TULARE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. | (ECF Nos. 13, 18) |
| | THIRTY (30) DAY DEADLINE |

Plaintiff Anthony Lawrence Barra ("Plaintiff") is a former county jail inmate and current state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's second amended complaint against Defendant May for denying Plaintiff's request for a Satanic Bible and against Defendant West for ripping and destroying Plaintiff's homemade altar or shrine in violation of the Free Exercise Clause of the Fourteenth Amendment.  (ECF Nos. 16, 18.)

Accordingly, the Court HEREBY ORDERS that:

1.  Service shall be initiated on the following defendant(s):

   a.  Sergeant West; Tulare County Sheriff's Office; Bob Wiley Detention Facility in Visalia, California; on or about August 31, 2023

     b. Chaplin May; Tulare County Sheriff's Office; Bob Wiley Detention Facility in Visalia, California; on or about August 31, 2023

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the second amended complaint filed on February 27, 2026, (ECF No. 13);

3. Within <u>thirty (30) days</u> from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

     a. One (1) completed summons for each defendant listed above;

     b. One (1) completed USM-285 form for each defendant listed above; and

     c. Three (3) copies of the endorsed second amended complaint filed on February 27, 2026.

4. Plaintiff need not attempt service on the defendant(s) and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant(s) under Federal Rules of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE