UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br>Plaintiff,<br>v.<br>TULARE COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br>Defendants. | Case No. 1:23-cv-01746-JLT-FJS (PC)<br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br>(ECF Nos. 28, 29)<br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff Anthony Lawrence Barra ("Plaintiff") is a former county jail inmate and current state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant May for denying Plaintiff's request for a Satanic Bible and against Defendant West for ripping and destroying Plaintiff's homemade altar or shrine, in violation of the Free Exercise Clause of the Fourteenth Amendment.

On June 24, 2026, Defendant West filed a motion to dismiss. (ECF No. 28.) On June 30, 2026, Defendant May filed a separate motion to dismiss. (ECF No. 29.) Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition to Defendant West's motion to dismiss was due on or before July 20, 2026, and his opposition or statement of non-opposition to Defendant May's motion to dismiss was due on or

before July 24, 2026. The deadlines for Plaintiff to respond to Defendants' motions to dismiss have expired and he has not filed any opposition or other response. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within twenty-one (21) days of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute. Plaintiff may comply with the court's order by filing an opposition or statement of non-opposition to Defendant West's motion to dismiss and a separate opposition or statement of non-opposition to Defendant May's motion to dismiss. Plaintiff is warned that if he fails to comply with the court's order, the undersigned will recommend that this matter be dismissed, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE