UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY LAWRENCE BARRA,

Plaintiff,

v.

TULARE COUNTY SHERIFF'S DEPARTMENT, *et al.*,

Defendants.

No. 1:23-cv-01746-JLT-FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER

(Doc. 34)

Plaintiff Anthony Lawrence Barra, is a former county jail inmate and current state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2026, the Magistrate Judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to prosecute and failure to obey a Court order. (Doc. 34.) The Court served the findings and recommendations on the parties and notified them that any objections were due within fourteen days. (*Id.*) No objections were filed, and the deadline to do so has now passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on September 9, 2026, (Doc. 34), are adopted in full.
2. This action is dismissed, with prejudice, due to Plaintiff's failure to prosecute and failure to obey a Court order.
3. The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated: _October 7, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE